IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN AUBREY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:15-CV-1792-K |
| | § | |
| INGRID MICHELLE WARREN, in her | § | |
| Official capacity as Judge of Probate | § | |
| Court No. 2 of Dallas County, Texas, | § | |
|     Defendant. | § | |

ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed October 21st, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE